COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-451-CV

IN RE PREMIER TRAILER LEASING, INC. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

BILL MEIER

JUSTICE

PANEL:  MEIER, WALKER, and MCCOY, JJ.

MCCOY, J. would grant.

DELIVERED:  February 10, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.